ALLEN *et al. v.* LYTLE *et al.,* commissioners.

SIMMONS, C. J.    1. The act of 1824 (Dawson's Comp. 459) did not confine the
site of the public buildings of Decatur county to the precise areas of ground
upon which they were erected, but fixed the location of the county-site at a
place which the General Assembly designated as "Bainbridge," and it was
evidently the legislative intention to thus refer to a particular locality em-
bracing what was regarded as a village or town the territory of which as a
whole included those buildings.
2. The county authorities have power, when in their judgment the court-house
and jail belonging to the county become unfit or unsuitable for the purposes
for which erected, to build others upon different locations within the limits
prescribed for the county-site.
3. Under the facts disclosed by the record, the judge did not err in refusing the
injunction.                    *Judgment affirmed. All the Justices concurring.*

Argued October 22, — Decided December 10, 1901.

Petition for injunction.    Before Judge Spence.    Decatur supe-
rior court.    October 2, 1901.

*A. H. & R. B. Russell,* for plaintiffs.
*Hawes & Hawes* and *Sig. Nussbaum,* contra.